## BOYER v. MOORE.

1. **Jurisdiction:** JUSTICE OF THE PEACE: PRACTICE. Under the Code, in an action before a justice of the peace against a citizen of another county jurisdiction is not conferred by the appearance of the defendant, and even after such appearance a motion to dismiss for want of jurisdiction should be sustained.

*Appeal from Van Buren Circuit Court.*

FRIDAY, MARCH 24.

THIS action was brought on an account before a justice of the peace of Bonaparte township, Van Buren county, Iowa.

The defendant resided in Lee county. He appeared and showed by an affidavit that he resided in Lee county, and moved for a change of venue to that county. The court overruled the motion, and the defendant then withdrew from the case and the plaintiff took judgment. Afterwards the defendant sued out a writ of error from the Circuit Court, assigning that the justice erred:

1. In taking jurisdiction of said action against a *bona fide* resident citizen of Lee county, Iowa.

2. In not changing the venue to Lee county when the action was on account.

3. In overruling defendant's application for change of place of trial.

4. In rendering judgment in said action against said defendant.

In the Circuit Court the defendant moved to dismiss on the ground that a justice of the peace of Van Buren county had no jurisdiction of a suit on account against a resident of Lee county. The court overruled the motion and affirmed the judgment. Defendant appeals.

*G. W. Ringer* and *D. C. Beaman*, for appellant.

*Work & Lea*, for appellee.

ADAMS, J.—Under the Revision, where suit was brought before a justice of the peace of one county against a citizen of another and the defendant appeared, it was held that the appearance conferred jurisdiction. *Post v. Brownell*, 36 Iowa, 497. Under the Code the justice of the peace lacks jurisdiction of the subject matter in such case. Sec. 3507. Appearance, therefore, of the defendant does not confer jurisdiction. The defendant's motion to change the place of trial was misconceived, but he was not prejudiced thereby. The defendant's motion in the Circuit Court to dismiss for want of jurisdiction of the justice of the peace should have been sustained.

REVERSED.